## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

HIMANSHUKUMAR DESAI and SUHANIBEN
BHAKTA,

      Plaintiffs,

  v.                                        **Cause No. 2:25-cv-388**

BEN SUAREZ, CHRIS SILVA, GERARDO
GONZALEZ, and HUGO GOMEZ,

      Defendants.

### COMPLAINT FOR DEBT AND MONEY DUE
### ON UNCONDITIONAL PERSONAL GUARANTEE

**COME NOW** Plaintiffs, HIMANSHUKUMAR DESAI and SUHANIBEN BHAKTA, by and through their undersigned counsel John D. Wheeler and Elizabeth K. Watson of the law firm of John D. Wheeler & Associates, a Professional Corporation, and in support of their *Complaint for Debt and Money Due on Unconditional Personal Guarantee*, state as follows:

### PARTIES, JURISDICTION, AND VENUE

1.      Plaintiffs HIMANSHUKUMAR DESAI and SUHANIBEN BHAKTA are citizens and residents of, and are domiciled in, the State of New Mexico.

2.      Defendants BEN SUAREZ, CHRIS SILVA, GERARDO GONZALEZ, and HUGO GOMEZ are each citizens and residents of, and are each domiciled in, the State of Texas.

3.      Complete diversity exists between the Plaintiffs on the one hand and Defendants on the other, and the amount in controversy exceeds the sum of $75,000.00.

4.      This court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1).

-1-

5.     This action concerns a personal guarantee made by the Defendants and each of them in Otero County, New Mexico, to be performed in Otero County, New Mexico, and the events giving rise to the claims set forth herein occurred in Otero County, New Mexico.

6.     The United States District Court for the District of New Mexico is the proper venue for this cause of action pursuant to 28 U.S.C. § 1391(b)(2).

**GENERAL ALLEGATIONS**

7.     Plaintiffs reallege and incorporate by reference the allegations contained in the foregoing paragraphs as though fully set forth here.

8.     On or about October 31, 2022, iGlobal RE LLC (hereinafter "Maker"), purchased from Plaintiffs certain commercial property with a street address of 710 N. White Sands Blvd., in Alamogordo, New Mexico, and more commonly known as the "Classic Inn" in Alamogordo (the "Property").

9.     Pursuant to the terms of their agreement to purchase the Property, Maker executed and delivered a promissory note, denominated a "Real Estate Lien Note," in the principal amount of $150,000.00 with an annual interest rate of 3% (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "A" and is incorporated by reference as though fully set forth here.

10.     As an inducement to Plaintiffs to enter into the transaction with Maker, the Defendants, and each of them, secured the Note by making an Unconditional Personal Guarantee for the sum due under the terms of the Note. A true and correct copy of the Unconditional Personal Guarantee is attached hereto as Exhibit "B" and is incorporated by reference as though fully set forth here.

11.     To date, Maker made 25 installment payments, each in the amount of $642.81, for

a total of $16,070.25.

12.     Maker initially stopped making payments after the May 2024 payment was received, failing to make the June, July, August, September, October, November, and December payments as they became due on the first day of each month.

13.     During the time that Maker was falling behind on payments to Plaintiffs, Maker also defaulted on a secondary Deed of Trust it had made with respect to the Property. As a result of this default, the Property was subject to a sale by the Trustee, and ultimately, the Property securing the Note was sold to a third party to pay off the Deed of Trust that was in default, without Plaintiffs being made party to the proceedings.

14.     In January 2025, after Maker had received excess proceeds from the sale of the Property to a third party in December 2024, Maker represented that it would pay off the Note promptly.

15.     Maker proceeded to make four installment payments on January 13, 2025, followed by three installment payments on April 10, 2025.

16.     These were the last payments made by Maker toward the Note.

17.     The January and April 2025 payments failed to bring current the balance for the history of missed installment payments, which date back to June 2024.

18.     Maker has failed and refused to make any further payments toward the Note.

19.     There is currently $143,378.49 due and outstanding on the Note.

**COUNT ONE**
**DEBT AND MONEY DUE**

20.     Plaintiffs reallege and incorporate by reference the allegations contained in the foregoing paragraphs as though fully set forth here.

21.    Pursuant to Paragraph 5 of the Unconditional Personal Guarantee, Defendants waived notice of any demand or default.

22.    Pursuant to the Paragraph 6 of the Unconditional Personal Guarantee, the outstanding amount under the Unconditional Personal Guarantee bears interest in the New Mexico statutory post-judgment interest rate, which is currently 8.75%. NMSA 1978, § 56-8-4, from the "date due until the date paid."

23.    It is just and proper that the Court enter judgment in favor of Plaintiffs and against Defendants, jointly and severally, for the principal amount of $143,378.49, plus interest in the amount of 8.75% from June 1, 2024, until paid in full.

24.    Also pursuant to the terms of the Unconditional Personal Guarantee, at Paragraph 5, Defendants agreed to pay Plaintiffs' reasonable attorney fees and all costs and expenses incurred in this action.

25.    It is just and proper that the Court enter a judgment in favor of Plaintiffs and against Defendants, jointly and severally, for an award of Plaintiffs' attorney fees and all costs and expenses incurred in this action.

**WHEREFORE**, Plaintiffs respectfully pray that this Court:

A.    Order Defendants jointly and severally liable to the Plaintiffs in the principal amount of $143,378.49;

B.    Award Plaintiffs their reasonable attorney fees and costs in this action;

C.    Award Plaintiffs interest at the rate of 8.75% from June 1, 2024 until paid in full; and

D.    Grant such other and further relief as may deem just and proper.

-5-

Respectfully submitted,

JOHN D. WHEELER & ASSOCIATES,
a Professional Corporation,

By: *Elizabeth Watson*

Elizabeth K. Watson
John D. Wheeler
*Attorneys for Plaintiffs*
P.O. Box 1810
Alamogordo, NM  88311-1810
(575) 437-5750 (Telephone)
(575) 437-3557 (Facsimile)
jdw@jdw-law.com
ekw@jdw-law.com