FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 14 2025

MITCHELL R. ELFERS
CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

**HIMANSHUKUMAR DESAI and SUHANIBEN BHAKTA, Plaintiffs,**

**v. Civil Action No. 2:25-cv-00388-GBW-GJF**

**IGLOBAL RE, LLC, BEN SUAREZ, CHRIS SILVA, GERARDO GONZALEZ, and HUGO GOMEZ, Defendants.**

### DEFENDANT GERARDO GONZALEZ'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant GERARDO GONZALEZ, appearing pro se, and files this Original Answer to Plaintiffs' Complaint. Subject to the specific admissions and denials below, Defendant generally denies each and every allegation in Plaintiffs' Complaint and asserts the following defenses:

### 1. GENERAL DENIAL

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant denies each and every material allegation contained in Plaintiffs' Complaint and demands strict proof thereof.

### 2. AFFIRMATIVE DEFENSES

A. PERFORMANCE AND NON-DEFAULT Defendant affirmatively pleads that the loan referenced in Plaintiffs' Complaint is no longer in default. As of May 2025, the underlying debt has been brought current through payments made to Pioneer Title Escrow Service, the servicing escrow company. Therefore, Plaintiffs' demands are moot or substantially reduced.

B. FAILURE TO PROVIDE NOTICE OR OPPORTUNITY TO CURE Plaintiffs and/or their servicers failed to provide Defendant with any written notice of default, demand for payment, or opportunity to cure prior to filing this lawsuit. Such failure constitutes a violation of both the terms of the Promissory Note and applicable law, and precludes enforcement of the Note under the alleged acceleration.

C. WAIVER AND ACCEPTANCE Plaintiffs, through the ongoing acceptance of payments made via the escrow company, waived any right to declare a default or accelerate the Note. Plaintiffs' actions demonstrate acquiescence and acceptance of performance.

D. FAILURE TO ACCELERATE IN ACCORDANCE WITH THE NOTE Plaintiffs have failed to allege or prove that a valid notice of acceleration was delivered to Defendant Gerardo Gonzalez prior to filing suit. Without proper acceleration, Plaintiffs are not entitled to the relief they seek.

E. FAILURE TO MITIGATE DAMAGES Plaintiffs failed to mitigate their alleged damages by filing suit rather than communicating with Defendant, providing opportunity to cure, or adjusting payment plans in light of ongoing good-faith efforts by Defendant.

F. OFFSET AND CREDITS To the extent any monies were paid by or on behalf of Defendant, such amounts should offset or reduce any amounts claimed in the Complaint.

### 3. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant GERARDO GONZALEZ respectfully prays that the Court deny the relief sought by Plaintiffs, dismiss the claims against him with prejudice, and grant such other and further relief to which he may be justly entitled at law or in equity.

Respectfully submitted,

/s/ Gerardo Gonzalez
Gerardo Gonzalez
1522 Montana Ave
El Paso, TX 79902
(915) 215-3981
1522montanallc@gmail.com
Pro Se Defendant

PRESS FIRMLY TO SEAL

**PRIORITY**

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL EXPRESS

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE (915) 262-5041

Hugo Gomez and
Gerardo Gonzalez
1522 Montana Ave, El paso
TX 79902

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Clerk office
333 Lomas Suite #270 Blvd
NW Albuquerque NM 87102
ZIP + 4® (U.S. ADDRESSES ONLY)
8 7 1 0 2

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

⇪ PEEL FROM THIS CORNER

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

ORIGIN (POSTAL SERVICE USE ONLY)
PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

PO ZIP Code    79903
Day Accepted (MM/DD/YY)    May 13 25
Time Accepted    4:55 ☐AM ☒PM
Scheduled Delivery Date (MM/DD/YY)    May 16
Scheduled Delivery Time    ☒ 3:00 PM
Postage    $

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

Weight    ☒ Flat Rate    lbs. ____ ozs.
Acceptance Employee Initials    CC
Insurance Fee    $
COD Fee    $

Special Handling/Fragile    $
Sunday/Holiday Premium Fee    $
Return Receipt Fee    $
Live Animal Transportation Fee    $

Delivery Attempt (MM/DD/YY)    Time    ☐AM ☐PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time    ☐AM ☐PM    Employee Signature
Total Postage & Fees    $ 3/40

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

PAPER POUCH tele.info

FSC MIX Paper FSC® C116916

PAPER POUCH www.recycle.info

RDC 07

Retail

U.S. POSTAGE PAID
PME
EL PASO TX 78803
MAY 13, 2025
$31.40
S2324E502179-33

87102

ER 215 115 005 US

/ MAIL EXPRESS
ATE ENVELOPE
GE REQUIRED

TERNATIONAL USE
LABEL HERE

cluded for domestic
stinations.

le $100 of insurance

quest.

APO/FPO/DPO and

complete details.
For details regarding
all Manual at

ations only.

LARATION LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE RECEIVED 2025

223

UNITED STATES POSTAL SERVICE