**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

HIMANSHUKUMAR DESAI and
SUHANIBEN BHAKTA,

Plaintiffs,

v. Civ. No. 25-388 KWR/GJF

BEN SUAREZ, CHRIS SILVA,
GERARDO GONZALEZ, and
HUGO GOMEZ,

Defendants.

**ORDER TO SHOW CAUSE**

On July 9, 2026, this Court issued an Initial Scheduling Order, which required the parties to "meet and confer" no later than July 30, 2026, to cooperate in preparing a Joint Status Report and Provisional Discovery Plan ("JSR") to be filed by August 13, 2026, and to attend a telephonic Rule 16 initial scheduling conference on August 20, 2026, at 10:00 a.m. Dkt. No. 29. In Plaintiffs' August 12, 2026 status report, they represented that they "attempted to confer with Defendant Gonzalez on a provisional discovery plan" by sending a letter with a draft JSR to his address of record. Dkt. No. 30 at 1. Because Defendant Gonzalez did not respond, Plaintiffs submitted their portion of the JSR without his input. *See id*. Counsel for Plaintiffs then timely appeared for the August 20, 2026 initial scheduling conference, as ordered. *Pro Se* Defendant Gonzalez, however, did not. The Court further notes that Defendant Gonzalez did not file any response to Plaintiffs' Motion for Judgment on the Pleadings (Dkt. No. 21), filed October 21, 2025. Indeed, since May 14, 2025, when he filed his Answer (Dkt. No. 3), Defendant Gonzalez appears to have done nothing else in this case for the last fifteen months.

**IT IS THEREFORE ORDERED** that, **no later than Friday, September 4, 2026**,

Defendant Gonzalez shall **SHOW CAUSE,** in writing, as to (1) why he failed to meet and confer, to participate in the preparation of the JSR, or to appear at the August 20, 2026 initial scheduling conference, and (2) why he should not be sanctioned for those failures, including by compensating opposing counsel for the time spent preparing for and attending the aborted scheduling conference and/or by entry of default judgment against him. Defendant Gonzalez is **specifically cautioned** that failing to comply with this Order could result in the imposition of any or all of the foregoing sanctions.

**SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE